1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5
   Attorney for the
6  United States of America

FILED
JUL 07 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )  CASE NO. 1:11 CR 00219 OWW
                                 )
              Plaintiff,         )
                                 )  EX PARTE MOTION TO SEAL INDICTMENT
         v.                      )  PURSUANT TO RULE 6(E), FEDERAL
                                 )  RULES OF CRIMINAL PROCEDURE
KENNETH MANUEL MARTIN,           )
                                 )
              Defendant.         )
_____)

   The United States of America moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 7, 2011, charging the above defendant with violations of 18 U.S.C. Section 1343 - Wire Fraud, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the

///
///
///

1

finding of the Indictment or any warrants issued pursuant thereto, except where necessary for the issuance and execution of the warrants.

DATED: July 7, 2011                  BENJAMIN B. WAGNER
                                     United States Attorney

                              By:    /s/ Henry Z. Carbajal III
                                     HENRY Z. CARBAJAL III
                                     Assistant U.S. Attorney

IT IS SO ORDERED this 7th day of July, 2011

_____
U.S. Magistrate Judge