BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   CASE NO. 1:11-cr-00219-AWI
                                )
              Plaintiff,        )
                                )   EX PARTE MOTION TO SEAL
     v.                         )   SUPERSEDING INDICTMENT PURSUANT TO
                                )   RULE 6(E), FEDERAL RULES OF
                                )   CRIMINAL PROCEDURE
KENNETH MANUEL MARTIN,          )
                                )
              Defendant.        )
_____)

The United States of America moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Superseding Indictment returned by the Grand Jury on October 27, 2011, charging the above defendant with violations of 18 U.S.C. Section 1343 - Wire Fraud and 18 U.S.C. Section 641 - Theft of Public Money, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except where necessary for the issuance and execution of the warrants.

1

DATED: October 27, 2011         BENJAMIN B. WAGNER
                                United States Attorney

                         By:    /s/ Henry Z. Carbajal III
                                HENRY Z. CARBAJAL III
                                Assistant U.S. Attorney


IT IS SO ORDERED this 27 day of October, 2011

                                _____
                                U.S. Magistrate Judge