IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>KENNETH MANUEL MARTIN,<br><br>              Defendant. | CASE NO.  1:11-CR-00219 AWI<br><br>ORDER TO UNSEAL SUPERSEDING INDICTMENT |

    The Superseding Indictment in this case having been sealed by order of this Court on October 27, 2011 and it appearing that such Superseding Indictment no longer needs to remain sealed based on the government's motion,

    IT IS HEREBY ORDERED that the Superseding Indictment be unsealed and made public record.

DATED: June 14, 2012       BY _____
                                         GARY S. AUSTIN
                                         United States Magistrate Judge

**FILED**
JUN 14 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK