BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>KENNETH MANUEL MARTIN,<br><br>               Defendant, | CASE NO. 1:11-cr-00219 AWI-DLB<br><br>STIPULATION TO EXTEND GOVERNMENT'S RESPONSE DATE TO DEFENDANT'S MOTION FOR DISCOVERY [52]; FINDINGS AND ORDER<br><br>DATE:   December 10, 2012<br>TIME:   1:00 P.M.<br>JUDGE:  Hon. Dennis L. Beck |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record to extend the United States' time to file a response to the Defendant's Motion for Discovery, Docket No. [52]. filed on October 22, 2012 in the above matter to November 13, 2012 for the following:

   1.   By previous order, this matter is scheduled for hearing on December 10, 2012, and no continuance of that date is requested.

   2.   The response to the Defendant's Motion for Discovery [52], filed on October 22, 2012, is currently due no later than October 29, 2012.

1

3. Counsel for the United States is presently in trial in the matter of *U.S. v. Guido/Molina*, 1:12-CR-127 LJO, which began on October 23, 2012, and is scheduled to continue through October 26, 2012.

4. Counsel for the United States does not believe that he will have adequate time to review, research and respond effectively to the Defendant's motion between now and October 29, 2012.

5. By this stipulation, defendant now moves to extend the filing date for his response to the Defendant's Motion for Discovery [52] to November 13, 2012.

6. Counsel for the Defendant does not oppose this request.

7. Defense's optional Reply will be due November 26, 2012.

WHEREFORE, counsel for the United States hereby requests an extension of time to respond to the Defendant's Motion for Discovery to November 13, 2012, with the Defense's optional reply to be filed no later than November 26, 2012.

IT IS SO STIPULATED.

DATED:   October 24, 2012

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:   October 24, 2012

/s/Charles J. Lee
CHARLES J. LEE
Counsel for Defendant
KENNETH MANUEL MARTIN

2

1
2
3      **O R D E R**
4  IT IS SO ORDERED.
5
       Dated:   __October 26, 2012__           _____/s/ Dennis L. Beck
6                                              UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3