# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAR 1 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:11CR0219 |
| Kenneth Manuel Martin ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Kenneth Manuel Martin__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following condition of release:

You shall participate in a program of medical or psychiatric treatment including mental health treatment &/or treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 3-8-13        _____ 3-18-13
Signature of Defendant    Date          Pretrial Services Officer    Date
Kenneth Manuel Martin                   Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                 3/18/13
Signature of Assistant United States Attorney    Date
Henry Zazueta Carbajal

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 3/18/13
Signature of Defense Counsel             Date
Charles Lee

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on    March 19, 2013

[ ] The above modification of conditions of release is *not* ordered.

_____                 March 19, 2013
Signature of Judicial Officer.           Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services