1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorneys for Defendant
6   KENNETH MANUEL MARTIN

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            No. 1:11-cr-00219 AWI-BAM

12            *Plaintiff,*               STIPULATION AND ORDER TO
                                         CONTINUE STATUS CONFERENCE
13                                       HEARING

14        v.

15  KENNETH MANUEL MARTIN,               DATE:      April 13, 2015
                                         TIME:      1:00 P.M.
16            *Defendant.*               JUDGE:     Hon. Barbara A. McAuliffe

17        **IT IS HEREBY STIPULATED** by and between the parties hereto through their

18  respective counsel that the status conference in the above-captioned matter now set for February

19  9, 2015, **may be continued to April 13, 2015 at 1:00 p.m. before Magistrate Barbara A.**

20  **McAuliffe.**

21        This continuance is at the request of defense counsel as defense needs additional time in

22  preparation of this case.  Government counsel has provided a new offer to defense counsel on

23  January 13, 2015.  Defense needs additional time to fully review the terms of the plea agreement

24  and meet with client to discuss and answer all questions regarding both the plea agreement and

25  numerous collateral consequences.  Additionally, a small amount of new discovery was recently

26  provided to defense counsel and defense would like to conduct some further investigation on the

27  case.

28  ///

1    The requested continuance is with the intention of conserving time and resources for both

2    parties and the court.  The parties agree that the delay resulting from the continuance shall be

3    excluded in the interests of justice, including but not limited to, the need for the period of time

4    set forth herein for effective defense preparation and plea negotiation purposes pursuant to 18

5    U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

6                                                    Respectfully submitted,

7                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
8

9    DATED: January 15, 2015            By:   /s/ Henry Carbajal
                                               HENRY CARBAJAL
10                                             Assistant United States Attorney
                                               Attorney for Plaintiff
11

12                                             HEATHER E. WILLIAMS
                                               Federal Defender
13

14   DATED: January 15, 2015            By:   /s/ Charles J. Lee
                                               CHARLES J. LEE
15                                             Assistant Federal Defender
                                               Attorneys for Defendant
16                                             KENNETH MANUEL MARTIN

17

18

19                                    __ORDER__

20         **IT IS SO ORDERED** that the 9th Status Conference is continued from February 9, 2015

21   to April 13, 2015 at 1:00 PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C.

22   §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

23   IT IS SO ORDERED.

24

25   Dated:  __January 15, 2015__        __/s/ Barbara A. McAuliffe__
                                         UNITED STATES MAGISTRATE JUDGE
26

27

28