HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
KENNETH MANUEL MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. KENNETH MANUEL MARTIN, *Defendant.* | No. 1:11-cr-00219-AWI **AMENDED** STIPULATION AND ORDER TO CONTINUE EVIDENDIARY HEARING REGARDING SENTENCING DATE:   November 13, 2015 TIME:    9:00 A.M. JUDGE:   Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the evidentiary hearing regarding sentencing hearing in the above-captioned matter now set for July 21, 2015, **may be continued to November 13, 2015 at 9:00 a.m.**

This continuance is at the request of both counsel.  Since the original hearing date was set, counsel for government is now scheduled for a training on that date.  The requested date accommodates the schedule of all counsel and allows for proper notification to witnesses, including those coming from Guatemala.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  As Mr. Martin has already entered a guilty plea in this case, no waiver of time under the Speedy Trial Act is necessary.

///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 8, 2015                         By:   */s/ Henry Carbajal*
                                                 HENRY CARBAJAL
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff


                                                 HEATHER E. WILLIAMS
                                                 Federal Defender


DATED: May 8, 2015                         By:   */s/ Charles J. Lee*
                                                 CHARLES J. LEE
                                                 Assistant Federal Defender
                                                 Attorneys for Defendant
                                                 KENNETH MANUEL MARTIN


**ORDER**

IT IS SO ORDERED.

Dated:  May 8, 2015                        _____
                                           SENIOR DISTRICT JUDGE