HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
KENNETH MANUEL MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>KENNETH MANUEL MARTIN,<br><br>*Defendant.* | No. 1:11-cr-00219-AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING REGARDING SENTENCING<br><br>DATE:  March 30, 2016<br>TIME:  9:00 A.M.<br>JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the evidentiary hearing regarding sentencing in the above-captioned matter now set for November 13, 2015 **may be continued to March 30, 2016 at 9:00 a.m.**

This continuance is at the request of defense counsel. Some of the prospective defense witnesses would have difficulty attending the currently scheduled evidentiary hearing date. The defense would like to call all necessary witnesses at the new evidentiary hearing date, and avoid the need to schedule multiple evidentiary hearings. Additionally, in preparation for the currently scheduled hearing defense has identified the need to conduct further investigation and to interview additional witnesses. The government does not object to the requested continuance.

//

//

The requested continuance is with the intention of conserving time and resources for both parties and the court.  As Mr. Martin has already entered a guilty plea in this case, no waiver of time under the Speedy Trial Act is necessary.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 17, 2015          By:   */s/ Henry Carbajal*
                                         HENRY CARBAJAL
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: September 17, 2015          By:   */s/ Charles J. Lee*
                                         CHARLES J. LEE
                                         Assistant Federal Defender
                                         Attorneys for Defendant
                                         KENNETH MANUEL MARTIN

**ORDER**

The evidentiary hearing regarding sentencing in the above-captioned matter now set for November 13, 2015, **is continued to April 14, 2016, at 9:00 a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.** This hearing has been specially set as the parties estimate the hearing will take a full day.

IT IS SO ORDERED.

Dated:   September 22, 2015          _____
                                     SENIOR  DISTRICT  JUDGE

-2-